Close, P. J., Hagarty, Taylor and Lewis, JJ., concur; Carswell, J., concurs in the result.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMZIA GOLDEN, Appellant.— No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUS KOTTEAKOS, Appellant.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK RICHMOND, Appellant.— No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS VALLE, Defendant. ELVIN N. EDWARDS, as Counsel for Defendant, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

MABEL SCHOENGOLD, Respondent, v. MAC BIER, Individually and as Trustee under an Agreement Dated June 26, 1942, Appellant.— No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

MILDRED F. SHAW, Appellant, v. PETER W. SHAW, Respondent. (Appeal No. 1.)

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

MILDRED F. SHAW, Respondent, v. PETER W. SHAW, Appellant. (Appeal No. 2.)

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

JOHN E. SMITH, Respondent, v. MURRAY BORUSHIK et al., Appellants.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

BEN TUCKER, Doing Business as HUDSON BAY FUR COMPANY, Appellant, v. JOSEPH HONIGMAN et al., Doing Business as HUDSON CANADIAN FUR COMPANY, et al., Respondents.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.

BENJAMIN B. WESLEY, Appellant, v. BEATRICE BACH, Defendant, and NINTH FEDERAL SAVINGS AND LOAN ASSOCIATION OF NEW YORK CITY et al., Respondents.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.

## (October 27, 1943.)

In the Matter of the Application of FREDERICK FULLER MACK for Admission to Practice as an Attorney. (From the State of Connecticut.) Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of MATTHEW A. MCLAUGHLIN, JR., for Admission to Practice as an Attorney. (From the State of South Carolina.) — Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of ROBERT EUGENE MURPHY for Admission to Practice as an Attorney. (From the State of Ohio.) Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of EMIL SEERUP for Admission to Practice as an Attorney. (From the State of Illinois.) Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.